No. 645.   UNIVERSAL ATLAS CEMENT CO. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.   *A. Chauncey Newlin* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Morton K. Rothschild* for respondent.

No. 658.   COHN *v.* COHN ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Warren E. Miller* and *David S. Allshouse* for petitioner.   *John J. Courtney* for respondents.   *Solicitor General Perlman* filed a memorandum for the United States, respondent, asserting that the Government takes no position as to whether the writ of certiorari should issue.

No. 661.   ATWELL BUILDING CORP. *v.* SOUND, INC. ET AL.   C. A. 7th Cir.   Certiorari denied.   *Vincent O'Brien* for petitioner.   *John A. Bussian* for respondents.

No. 665.   HILL *v.* TERMINAL RAILROAD ASSOCIATION.   Supreme Court of Missouri.   Certiorari denied.   *Edward F. Prichard, Jr.* and *Roberts P. Elam* for petitioner.   *Warner Fuller* and *Arnot L. Sheppard* for respondent.

No. 473, Misc.   SMITH *v.* RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 475, Misc.   SMITH *v.* HUDSPETH, WARDEN.   Supreme Court of Kansas.   Certiorari denied.

No. 481, Misc.   ROSS *v.* RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.